UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 13-80106-CR-MIDDLEBROOKS-W/BRANNON

Case No. _____

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 846

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEURI MIGUEL TRONCOSO-ORTIZ,
a/k/a "Geuri Miguel Troncoso," and
GABRIEL ALEX RODRIGUEZ-TORRES,
a/k/a "Wilton Pena-Tejeda,"

    Defendants.
_____/

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

From at least as early as on or about April 9, 2013, through on or about April 23, 2013, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

    **GEURI MIGUEL TRONCOSO-ORTIZ,**
    a/k/a "Geuri Miguel Troncoso,"
    and,
    **GABRIEL ALEX RODRIGUEZ-TORRES,**
    a/k/a "Wilton Pena-Tejeda,"

did knowingly and willfully combine, conspire, confederate and agree with each other, and with others both known and unknown to the grand jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(A), that the controlled substance was in fact at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine.

A TRUE BILL:

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| GEURI MIGUEL TRONCOSO-ORTIZ, et al | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendants. _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

____ Miami   ____ Key West
____ FTL   _X_ WPB   ____ FTP

New Defendant(s)            Yes ____  No ____
Number of New Defendants   ____
Total number of counts     ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _No_
   List language and/or dialect   _____

4. This case will take   _3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                         (Check only one)

   I    0 to 5 days      _X_            Petty      ____
   II   6 to 10 days     ____           Minor      ____
   III  11 to 20 days    ____           Misdem.    ____
   IV   21 to 60 days    ____           Felony     _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _Yes_
   If yes:   Magistrate Case No.   13-8213-WM
   Related Miscellaneous numbers:   n/a
   Defendant(s) in federal custody as of   04-23-2013
   Defendant(s) in state custody as of   n/a
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   _X_ No

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228

*Penalty Sheet(s) attached

REV.9/11/07

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: Geuri Miguel Troncoso-Ortiz

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   John C. McMillan, Jr.

Last Known Address: _____

_____

_____

What Facility:   Palm Beach County Jail

_____

Agent(s):   DEA S/A David Weeks
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: Gabriel Alex Rodriguez-Torres

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   John C. McMillan, Jr.

Last Known Address: _____

What Facility:   Palm Beach County Jail

Agent(s):   DEA S/A David Weeks
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __GEURI MIGUEL TRONCOSO-ORTIZ__

Case No. _____

Count # 1:
_____21 USC §§ 841(a)(1), 841(b)(1)(A) and 846._____

__Conspiracy to Possess with Intent to Distribute Five (5) Kilograms or More of a Mixture and__

__Substance Containing a Detectable Amount of Cocaine.__

*Max. Penalty: __10 Years' to Life Imprisonment; $4,000,000 Fine; 5 years' to Life supervised__
_____release__

Count:

*Max. Penalty:

Count:

*Max. Penalty:

Count:

*Max. Penalty:

Count :

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: GABRIEL ALEX RODRIGUEZ-TORRES,

Case No. _____

Count # 1:
21 USC §§ 841(a)(1), 841(b)(1)(A) and 846.

Conspiracy to Possess with Intent to Distribute Five (5) Kilograms or More of a Mixture and Substance Containing a Detectable Amount of Cocaine.

*Max. Penalty: 10 Years' to Life Imprisonment; $4,000,000 Fine; 5 years' to Life supervised release

Count:

*Max. Penalty:

Count:

*Max. Penalty:

Count:

*Max. Penalty:

Count:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96